UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.　5:15-cv-04768-HRL<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

　　　On April 5, 2016, the court held an Initial Case Management Conference. Plaintiffs appeared. Defendants did not. Nor did they submit a Joint Case Management Statement as required by the court's Civil Local Rule 16-9. Accordingly, at the further Case Management Conference set for May 3, 2016, 1:30 p.m., defendants shall appear and be prepared to show cause why they should not be sanctioned.

　　　SO ORDERED.

Dated:　April 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

5:15-cv-04768-HRL Notice has been electronically mailed to:

David Rush Tredway     dtredway@kennicklaw.com

Jeff Brandon Atterbury     jeff.1.atterbury@farmersinsurance.com


5:15-cv-04768-HRL Notice sent by U.S. Mail on 4/6/2016 to:

Maria Lee
238 Lyndale Avenue
San Jose, CA 95127

Wen T. Lee
238 Lyndale Avenue
San Jose, CA 95127

Lin Kou Lee
238 Lyndale Avenue
San Jose, CA 95127