UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al.,<br><br>    Defendants. | Case No. 5:15-cv-04768-HRL<br><br>**ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 47 |

Plaintiffs having timely filed a First Amended Complaint as of right, Fed. R. Civ. P. 15(a)(1)(B), defendants' motion to dismiss (Dkt. 47) is deemed moot, and the noticed May 31, 2016 motion hearing is vacated.

Dated:  May 4, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-04768-HRL Notice has been electronically mailed to:

David Rush Tredway dtredway@kennicklaw.com

Jeff Brandon Atterbury jeff.1.atterbury@farmersinsurance.com, margaret.butts@farmersinsurance.com, stephanie.mackey@farmersinsurance.com

5:15-cv-04768-HRL Notice sent by U.S. Mail to:

Maria Lee
238 Lyndale Avenue
San Jose, CA 95127

Wen T. Lee
238 Lyndale Avenue
San Jose, CA 95127

Lin Kou Lee
238 Lyndale Avenue
San Jose, CA 95127