United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARIA W. LEE, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al.,<br><br>            Defendants. | Case No.   5:15-cv-04768-HRL<br><br>**ORDER GRANTING REQUEST FOR SERVICE BY U.S. MARSHALS SERVICE**<br><br>Re: Dkt. No. 57 |
|---|---|

This court previously gave plaintiffs leave to proceed in forma pauperis, and the complaint was served by the U.S. Marshals Service (USMS).  Plaintiffs having filed a First Amended Complaint adding a new defendant, Barcelon Associates Management Corp., the court grants their request for service of the amended complaint by USMS as follows:   The Clerk of Court shall issue the summons.  The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, the summons, a copy of the First Amended Complaint, any attachments, and this order upon Defendant Barcelon Associates Management Corp.

    SO ORDERED.

Dated:  May 11, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-04768-HRL Notice has been electronically mailed to:

David Rush Tredway     dtredway@kennicklaw.com

Jeff Brandon Atterbury     jeff.1.atterbury@farmersinsurance.com, margaret.butts@farmersinsurance.com, stephanie.mackey@farmersinsurance.com

5:15-cv-04768-HRL Notice sent by U.S. Mail to:

Maria Lee
238 Lyndale Avenue
San Jose, CA 95127

Wen T. Lee
238 Lyndale Avenue
San Jose, CA 95127

Lin Kou Lee
238 Lyndale Avenue
San Jose, CA 95127