1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, WEN LEE, and LIN LEE., Plaintiffs, v. RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al., Defendants. | Case No. 15-CV-04768-LHK **ORDER GRANTING STIPULATION OF DISMISSAL, GRANTING PPMG'S MOTION FOR SUMMARY JUDGMENT, AND SETTING HEARING SCHEDULE FOR REMAINING MOTIONS TO DISMISS** Re: Dkt. Nos. 56, 60, 69, 71, 79 |

Plaintiffs Maria Lee, Wen Lee, and Lin Lee (collectively, "Plaintiffs") bring this action against Retail Store Employee Building Corporation; Casa del Pueblo Apartment; Preservation Partners Management Group, Inc.; and Barcelon Associates Management Corp. (collectively, "Defendants").  Plaintiffs filed their original complaint on October 15, 2015, and this case was initially assigned to U.S. Magistrate Judge Howard Lloyd.  ECF No. 1.

Although not entirely clear from the pleadings, it appears that Plaintiffs seek monetary damages and equitable relief for various housing discrimination claims related to their prior residence at the Casa del Pueblo Apartment complex.

On May 2, 2016, Plaintiffs filed their first amended complaint, which added Barcelon

United States District Court
Northern District of California

1

1    Associates Management Corp. ("Barcelon") as a Defendant.  ECF No. 52 ("FAC").  Barcelon

2    declined magistrate judge jurisdiction on June 17, 2016.  Consequently, on June 21, 2016, this

3    case was reassigned to the undersigned judge.  ECF No. 80.

4         There were five pending motions at the time the instant action was reassigned:

5         1.   Plaintiffs Maria and Wen Lee's stipulation with PPMG to dismiss PPMG with

6              prejudice, ECF No. 71;

7         2.   Preservation Partners Management Group, Inc.'s ("PPMG") motion for summary

8              judgment as to all Plaintiffs, ECF No. 56;

9         3.   Judge Lloyd's Report and Recommendation, which recommended that PPMG's

10             motion for summary judgment be granted as to Plaintiff Lin Lee, ECF No. 79;

11        4.   Retail Store Employee Building Corporation ("Retail Store") and Casa del Pueblo

12             Apartment's ("Casa del Pueblo") motion to dismiss the FAC as to all Plaintiffs,

13             ECF No. 60; and

14        5.   Barcelon's motion to dismiss the FAC as to all Plaintiffs, ECF No. 69.

15        With respect to the foregoing motions, the Court GRANTS Plaintiffs Maria and Wen Lee's

16   stipulation with PPMG to dismiss PPMG with prejudice.

17        Next, as to Judge Lloyd's Report and Recommendation, the Court notes that this Report

18   and Recommendation was filed on June 21, 2016.  Plaintiff Lin Lee did not object to the Report

19   and Recommendation, and the time to file objections has now passed.  *See* Fed. R. Civ. P. 72(b)(2)

20   (requiring that objections be filed within 14 days of a report and recommendation).  Indeed, Lin

21   Lee did not even file an opposition to PPMG's motion for summary judgment.  Finally, PPMG has

22   produced evidence demonstrating that "it did not assume property management duties at [the Casa

23   del Pueblo Apartment complex] until more than a year after [P]laintiffs vacated the premises," and

24   thus had no "involvement with" Plaintiffs.  ECF No. 79 at 2.

25        In light of these circumstances, the Court finds Judge Lloyd's Report and

26   Recommendation well-founded in fact and in law, and therefore ADOPTS the Report and

27

28   Case No. 15-CV-04768-LHK
     ORDER GRANTING STIPULATION OF DISMISSAL, GRANTING PPMG'S MOTION FOR SUMMARY
     JUDGMENT, AND SETTING HEARING SCHEDULE FOR REMAINING MOTIONS TO DISMISS

United States District Court
Northern District of California

2

1   Recommendation in its entirety.  *See Siddiqui v. AG Commc'n Sys. Corp.*, 233 F. App'x 610, *2

2   (9th Cir. 2007) (upholding district court's decision to grant summary judgment upon finding that

3   plaintiff had failed to oppose summary judgment motion and that defendant had produced

4   evidence demonstrating defendant's "entitlement to judgment as a matter of law.").  Accordingly,

5   PPMG is no longer a Defendant in the instant action.

6       Finally, both Barcelon's motion to dismiss and Retail Store and Casa del Pueblo's motion

7   to dismiss are now fully briefed.  These motions will be set for hearing on August 11, 2016, at

8   1:30 p.m.  The Court will also set an initial case management conference for August 11, 2016, at

9   1:30 p.m.  The parties shall file a joint case management statement by August 4, 2016.

10  **IT IS SO ORDERED.**

11  Dated:  July 6, 2016

12  
13  _____
    LUCY H. KOH
    United States District Judge

United States District Court
Northern District of California