United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br> RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al., <br><br>           Defendants. | Case No. 15-CV-04768-LHK <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** <br><br> Re: Dkt. No. 160 |

Before the Court is Plaintiff's motion to withdraw as counsel. ECF No. 160 ("Mot."). The motion to withdraw indicates that Plaintiff Wen T. Lee has "instructed Counsel that he wished to terminate the services of Ms. Kirkham, Mr. Zito and the Law Foundation." Mot. at 2. Defendants did not oppose the motion to withdraw, and the deadline to file an opposition has passed. Under the California Rules of Professional Conduct, an attorney may properly withdraw as counsel if the client "knowingly and freely assents to termination of the employment." Cal. R. Prof. Conduct 3-700(C)(1)(f); *see also DeLeon v. Wells Fargo Bank, N.A.*, 2010 U.S. Dist. LEXIS 98212 (N.D. Cal. 2010) (granting motion to withdraw as counsel because the plaintiff consented to the motion to withdraw). Additionally, Plaintiff's attorney has taken reasonable steps to avoid prejudice to any party in connection with the motion to withdraw.

1

1    For these reasons, the Court GRANTS Plaintiff's motion to withdraw as attorney.

2    **IT IS SO ORDERED.**

3

4    Dated: July 12, 2017

5    _____

6    LUCY H. KOH
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2