UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al.,<br><br>        Defendants. | Case No. 5:15-cv-04768-LHK (HRL)<br><br>**ORDER SETTING TELEPHONIC HEARING RE DEPOSITION DATE OF WEN T. LEE**<br><br>Re: Dkt. No. 166 |

Defendants want to depose plaintiff Wen T. Lee ("Lee") on August 29, 2017. Lee wants October 4, 2017. The court will hold a telephonic hearing on **August 24, 2017 at 1:30 p.m.** on this issue and decide on a date for the deposition. The parties shall arrange for appearance through CourtCall, 866-582-6878. (Lee may, at his option, appear in person.)

SO ORDERED.

Dated: August 21, 2017

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-04768-LHK Notice has been electronically mailed to:

Claudia Borsutzki    cborsutzki@cplawgrp.com

David Rush Tredway    dtredway@kennicklaw.com

John Christopher Ellis    jellis@kennicklaw.com

15-cv-04768-LHK Notice sent by U.S. Mail to:

Wen T. Lee
238 Lyndale Avenue
San Jose, CA 95127

Maria Lee
238 Lyndale Avenue
San Jose, CA 95127