UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 5:15-cv-04768-LHK (HRL)<br><br>**ORDER RE DATE OF WEN LEE DEPOSITION**<br><br>Re: Dkt. No. 24 |

Based upon consideration of the papers presented, as well as the discussion held at the August 24, 2017 discovery hearing, plaintiff Wen Lee is ordered to appear for his deposition on August 29, 2017 at the time and place designated by defendants. The court admonished Mr. Lee about the necessity of his appearance at his deposition.

SO ORDERED.

Dated:   August 24, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-04768-LHK Notice has been electronically mailed to:

Claudia Borsutzki     cborsutzki@cplawgrp.com

David Rush Tredway     dtredway@kennicklaw.com

John Christopher Ellis     jellis@kennicklaw.com

5:15-cv-04768-LHK Notice sent by U.S. Mail to:

Wen T. Lee
238 Lyndale Avenue
San Jose, CA 95127

Maria Lee
238 Lyndale Avenue
San Jose, CA 95127