| | |
|---|---|
| 1 | Your Name: **MARIA LEE, WEN T LEE, LIN KOU LEE** |
| 2 | Address: **238 LYNDALE AVE, SAN JOSE CA95127** |
| 3 | Phone Number: **408-8071460** |
| 4 | Fax Number: |
| 5 | E-mail Address: **rogerwtlee2k@gmail.com** |
| 6 | Pro Se       *[Select one: Plaintiff / ~~Defendant~~]* |
| 7 | |

**FILED**

OCT 10 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## United States District Court

### Northern District of California

*[Select one location: ~~San Francisco~~ / ~~Oakland~~ / San Jose / ~~Eureka~~]*

| | |
|---|---|
| MARIA LEE, WEN T. LEE LIN KOU LEE | Case Number: **5:15-CV-04768-LHK** |
| | *[Select one: Joint / Plaintiff's / ~~Defendant's~~]* |
| Plaintiff(s), | **CASE MANAGEMENT STATEMENT** |
| vs. | Date: **October 18, 2017** |
| | Time: **2:00 p.m.** |
| RETAIL STORE EMPLS BLDG CORP | Courtroom: **8, 4th Floor** |
| CASA DEL PUEBLO APARTMENT | Judge: **Lucy H. Koh** |
| BARCELON ASSOC MGMT CORP | |
| Defendant(s). | |

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, and the Standing Order for All Judges of the Northern District of California, *[select one: ~~the parties~~ / Plaintiff / Defendant]* hereby submit(s) this *[~~Joint~~]* Case Management Statement.

### 1. JURISDICTION AND SERVICE

This Court has subject matter jurisdiction in this action under:

[x]   Federal question jurisdiction because it is about federal law(s) or right(s). *Which law(s) or right(s) are involved?* **FAIR HOUSING ACT**

CASE MANAGEMENT STATEMENT; CASE NO. **5:15-CV-04768-LHK**

1            *-or-*

2    ☐    <u>Diversity jurisdiction</u> because none of the Plaintiffs live in the same state as any of the

3 Defendants <u>AND</u> the amount of damages is more than $75,000.

4 Defendants were served on the following dates:

| Defendant's Name | Date Served (or Date Expect to Serve) | Disputes personal jurisdiction or venue? (if yes, note which) | |
|---|---|---|---|
| RETAIL STORE EMPLS BLDG CORP | 02/18/2016 | ☐ Yes:_____ | ☐ No |
| CASA DEL PUEBLO APARTMENT | 02/18/2016 | ☐ Yes:_____ | ☐ No |
| BARCELON ASSOC MGMT CORP | 05/20/2016 | ☐ Yes:_____ | ☐ No |

10 *[Add additional lines if there are more defendants]*

11 **2. FACTS**

12 *Give a brief summary of what this case is about. If you and the other side disagree about important facts, list those facts here.*

13       Maria Lee suffers from dementia and her daughter Lin Kou Lee also suffers from mental

14 illness. Maria Lee lived in CDP from 2000, in November 2012 she's rent was $207.00. The CDP

15 staff with resident bullied Maria from the mid of 2004. On November 30, 2012 and December

16 03, 2012 the CDP manager noticed Maria Lee orally to move out within 30 day willingly.

17 In September 2013 CDP filed a complaint for the Santa Clara Superior Court with 4 issues of

18 false accusations on December 23, 2010, November 29, 2012,  November 30, 2012 and

19 May 31, 2013 to evict Maria Lee, Lin Kou Lee and Roger Lee (Wen T. Lee).

20 **3. LEGAL ISSUES**

21 *Briefly state the legal issues, including laws or cases, which are in dispute between you and the other side.*

22       1. The Defendants violated the Fair Housing Act when they evicted Maria Lee

23 from subsidized housing because of her disability.

24 2. The Defendants  violated the FHA by discriminating against Lin Kou Lee And and

25 Wen T Lee because they are associated with Maria Lee a person with a disability.

1                                   **4. MOTIONS**

2        The following motions have been decided and/or are pending in this case:

3 Title of Motion                                   Date of Hearing and/or Order Issued

4 _____

5 _____

6 _____

7 *[add additional lines if additional motions have been decided or are pending]*

8                        **5. AMENDMENT OF PLEADINGS**

9       ☐    Plaintiff(s) do not anticipate amending the Complaint.

10    *-and/or-*

11       ☐    Defendant(s) do not anticipate amending the Answer/Counterclaim.

12    *-or-*

13       ☒    Plaintiff(s) *[insert name(s)]* Maria Lee, Wen T Lee, Lin Kou Lee ~~anticipate amending~~

14 the Complaint on or by *(insert date)* May 02, 2016 _____.

15    *-or-*

16       ☐    Defendant(s) *[insert name(s)]*_____ anticipate amending the

17 *[Answer / Counterclaim]* on or by *(insert date)* _____.

18                     **6. EVIDENCE PRESERVATION**

19 *Parties to a lawsuit are required to preserve evidence that may be relevant to the case. This statement confirms that the parties are preserving that evidence.*

20      The [~~parties~~ / Plaintiff / ~~Defendant~~] have taken positive steps to preserve evidence related

21 to the issues presented in this case.

22                         **7. DISCLOSURES**

23       ☒    Parties **have** exchanged Initial Disclosures in compliance with Fed. R. Civ. P. 26.

24    *-or-*

25       ☐    Parties **have not yet** exchanged Initial Disclosures in compliance with Fed. R. Civ.

26 P. 26 but agree to exchange Initial Disclosures by *(insert date)* _____.

27

28      CASE MANAGEMENT STATEMENT; CASE NO. 5:15-CV-04768-LHK

                PAGE 03 OF 07 [JDC TEMPLATE] *Rev. 6/2014*

### 8. DISCOVERY

*State whether the parties have exchanged any discovery. If the parties have exchanged discovery, state what kind of discovery has been exchanged and when. Also state a proposed discovery plan that complies with Fed. R. Civ. P. 26(f), including any proposed limitations or changes to the usual discovery rules.*

Plaintiff Wen T. Lee had completed the Defendants to request August 29, 2017 and September 18, 2017 two days Deposition. The Deposition Transcript will be signed before October 14, 2017.

### 9. CLASS ACTIONS

*If the case is a class action, explain how the class will be certified. Most cases are not class actions. If this case is not a class action, write "Not Applicable."*

Not Applicable

### 10. RELATED CASES

*State whether there are any cases pending before any court or administrative body that are related to this case. Refer to Civil Local Rule 3-12 for guidance on what kind of cases would be related. If there are cases related to this case, list the courts or administrative bodies where the cases are pending and the case numbers.*

[x]   To the [~~the parties'~~ / Plaintiff's / ~~Defendant's~~] knowledge, there **are not** related cases currently pending before any court or administrative body.

*-or-*

[ ]   To the [*the parties' / Plaintiff's / Defendant's*] knowledge, there **are** related cases currently pending before a court or administrative body.  The case(s) is/are pending in (*list court name or administrative body*) _____ . The case number(s) is/are _____ .

### 11. RELIEF SOUGHT

*State what you want from the other side or what you want the court to do. You can include the amount of damage you want and how the damage is calculated.*

Actual Damages, Compensatory Damages, Emotional Distress Damages, Injunctive Relief, Declaratory Relief, Attorney Fee. Any other relief the Court  determines appropriate.

_____

_____

_____

### 12.  SETTLEMENT AND ADR

*State whether the parties have made any efforts for Alternative Dispute Resolution ("ADR") and whether the parties believe there is a possibility for settlement. Describe any motions or discovery issues that would need to be resolved for settlement to be possible, and describe an ADR plan that complies with ADR Local Rule 3-5.*

1. Plaintiff has filed his ADR certification and will meet with Defendants to try to agree on ADR.

2. The Settlement has failed.

### 13.  CONSENT TO A MAGISRATE

The [~~the parties~~ / Plaintiff / ~~Defendant~~] [do / ~~do not~~] consent to a magistrate judge for trial and entry of judgment.

### 14.  OTHER REFERENCES

[~~The parties~~ / Plaintiff / ~~Defendant~~] [~~believe~~ / do not believe] that this case is suitable for reference to [*binding arbitration / a special master / the Judicial Panel on Multidistrict Litigation*].

### 15.  NARROWING OF ISSUES

*Use this section to explain if issues in this case could be narrowed by agreement or by motion. Suggestions can also be made here as to how to make evidence more easily presented at trial (through a summary or through a stipulation of facts) or to request to split up issues, claims, or defenses.  If none of these things apply to this case, write "Not Applicable."*

Not Applicable

### 16.  EXPEDITED SCHEDULE

[~~The parties~~ / Plaintiff / ~~Defendant~~] [~~do~~ / do not] believe that this case is appropriate to move more quickly than a typical case.

//

//

## 17. SCHEDULING

*This section should list the dates by which the parties agree to have important documents filed or exchanged in the case. Be sure all parties are in town and able to meet the deadlines set forth in this section.*

| | |
|---|---|
| Parties Exchange Initial Disclosures | April 12, 2016 |
| Last Day to Amend Complaint, Answer, and/or Counterclaim | November 30, 2017 |
| Last Day for Non-Expert Discovery | March 28, 2018 |
| Last Day to Designate Experts | April 05, 2018 |
| Expert Discovery Cut-Off | April 22, 2018 |
| Last Day to File Motion for Summary Judgment | May 23, 2018 |
| Proposed Month/Year for Trial | June 20, 2018 |

## 18. TRIAL

[x]   This case will be tried by a jury. The trial is expected to last 4 days.

*-or-*

[ ]   This case will be tried by a judge. The trial is expected to last ___ days.

## 19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

*Civil Local Rule 3-16 requires that each party file a "Certification of Interested Parties or Persons," which is a disclosure to the Court of other people, companies, or organizations who would have an interest in this lawsuit because they would be in some way affected by it. This information must also be re-stated here, if it applies. See Civil Local Rule 3-16 for guidance as to what kind of people, companies, or organizations would be considered to be an interested entity. If other people, companies, or organizations would be affected by this lawsuit, list their names and addresses here.*

Not Applicable

//
//
//

CASE MANAGEMENT STATEMENT; CASE NO. 5:15-CV-04768-LHK

PAGE 06 OF 07 [JDC TEMPLATE] *Rev. 6/2014*

1

**20.  OTHER MATTERS**

2

*Use this section to discuss other issues that would facilitate the just, speedy, and inexpensive disposition of this case.*

3

Plaintiffs all have limited English proficiency and may have difficulty communicating

4

with the Court.  Plaintiffs are all native Mandarin speakers.

5

6

7

8

9

Date: October 10, 2017        Sign Name: *Maria lee*

10                              Print Name: MARIA LEE               WEN T. LEE

11

12                                          [*Plaintiff / Defendant*]

13

14

Date: _____        Sign Name: _____

15                              Print Name: _____

16

17                                          [*Plaintiff / Defendant*]

18

19

20

21

22

23

24

25

26

27

28