United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al., | Case No. 15-CV-04768-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al., | |
| Defendants. | |

Plaintiff Wen T. Lee: Pro Se
Defendant Retail Store Employee Building Corp. and Casa Del Pueblo Apartment, PPMG Inc.'s
Attorney: John Ellis
Defendant Barcelon Associates Management Corp.'s Attorney: Claudia Borsutzki

A case management conference was held on October 18, 2017.

The parties shall attend a settlement conference with Magistrate Judge Nathanael Cousins on November 14, 2017, at 9:30 a.m.

The parties shall file a joint settlement status report by November 21, 2017.

For the convenience of the parties, the remaining case schedule is reproduced below:

| Scheduled Event | Date |
|---|---|
| Final Pretrial Conference | December 14, 2017, at 1:30 p.m. |

1

| Bench Trial | January 12, 2018, at 9:00 a.m., and January 16, 2018, at 9:00 a.m. |
|---|---|
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: October 18, 2017

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No. 15-CV-04768-LHK
CASE MANAGEMENT ORDER