UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-CV-04768-LHK<br><br>**ORDER RE TRIAL DATES AND JURY COSTS**<br><br>Re: Dkt. No. 199 |

On December 19, 2017, the parties filed a joint settlement status report stating that (1) the parties reached a settlement agreement on December 14, 2017; (2) pursuant to the agreement, Plaintiff would dismiss the action; (3) on December 18 and 19, 2017, Plaintiff decided not to agree to the settlement and dismiss the action; and (4) Defendants anticipate filing a "Motion to Enforce the Settlement." ECF No. 199.

The Court notes that, regardless of whether Defendants file a Motion to Enforce the Settlement, the trial dates remain as set. The Court further notes that because the trial dates remain as set, a panel of prospective jurors is set to arrive on Friday morning, January 12, 2018 for trial in the instant case. As a result, if the parties do not file a stipulation of dismissal by 3 p.m. on Thursday, January 11, 2018, the Court will assess against the parties to be split evenly the jury

1

Case No. 15-CV-04768-LHK
ORDER RE TRIAL DATES AND JURY COSTS

costs (i.e. juror fees, parking, and mileage reimbursement) pursuant to Civil Local Rule 40-1.

**IT IS SO ORDERED.**

Dated: December 19, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-04768-LHK
ORDER RE TRIAL DATES AND JURY COSTS