Claudia Borsutzki, Esq. (SBN 290115)
**CP LAW GROUP**
655 North Central Avenue, Suite 2100
Glendale, California 91203
Telephone:  (818) 853-5102
Facsimile:  (818) 638-8549
Email: cborsutzki@cplawgrp.com

Attorney for Defendant, BARCELON
ASSOCIATES MANAGEMENT
CORPORATION

**KENNICK & ASSOCIATES**
John C. Ellis (SBN 217813)
110 E. Wilshire Avenue, Suite 401
Fullerton, California 92832
Telephone:  (714) 992-6600
Facsimile:  (714) 992-6602
Email: jellis@kkenicklaw.com

Attorney for Defendants, RETAIL STORE
EMPLOYEE BUILDING CORPORATION and
CASA DEL PUEBLO APARTMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, WEN T. LEE, LIN KOU LEE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, PPMG INC., BARCELON ASSOCIATES MANAGEMENT CORPORATION,<br><br>　　　　Defendants. | **Case No. 5:15-cv-04768 LHK**<br><br>*Assigned for All Purposes to the Honorable Lucy H. Koh in Department 8*<br><br>**DEFENDANTS, RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT, AND BARCELON ASSOCIATES MANAGEMENT CORPORATION'S, JOINT NOTICE OF MOTION AND JOINT MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT**<br><br>**[concurrently filed with a Motion to Shorten Time]**<br><br>Date:　March 22, 2018<br>Time:　1:30 p.m. |

Complaint Filed:      October 15, 2015
Discovery Cut-Off:  June 15, 2017
Expert Discovery Cut-Off:  July 27, 2017
Trial:                      January 12 & 16, 2018

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 22, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard in Department 8 of the above-entitled Court located at 280 S. First Street, San Jose, California, Defendants, RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT, AND BARCELON ASSOCIATES MANAGEMENT CORPORATION ("Defendants"), will and do hereby move this Court for an Order stating that:

      1.    The action is dismissed with prejudice;

      2.    Plaintiffs and Defendants shall bear their own fees, expenses and costs.

Said Motion will be made on the grounds that Plaintiffs, MARIA W. LEE and WEN T. LEE, and Defendants orally agreed, in the presence of Mr. Wen T. Lee's interpreter, Ginger Wang, and Legal Help Center attorney, Kevin Knestrick, to the aforementioned terms on December 14, 2017, following the Pre-Trial Conference before Hon. Lucy H. Koh.

This motion will be based on this notice of motion, the attached Memorandum of Points and Authorities, the Declarations of Claudia Borsutzki and John Ellis, and the exhibits thereto, all papers, pleadings and records on file in this action and any evidence presented at the hearing of this motion.

/ / /

/ / /

/ / /

/ / /

/ / /

1   Dated:  December 20, 2017           CP LAW GROUP

2

3                                  By: _____

4                                  CLAUDIA BORSUTZKI
                                   Attorney for Defendant,

5                                  BARCELON ASSOCIATES
                                  MANAGEMENT

6                                  CORPORATION

7

8

9   Dated:  December 20, 2017           KENNICK & ASSOCIATES

10

11                                  By: _____

12                                  JOHN C. ELLIS
                                  Attorney for Defendants,  RETAIL

13                                  STORE EMPLOYEE BUILDING
                                  CORPORATION and CASA DEL

14                                  PUEBLO APARTMENT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  December 20, 2017

2                                         CP LAW GROUP

3                                         By: _____

4

5                                         CLAUDIA BORSUTZKI
                                          Attorney for Defendant,
6                                         BARCELON ASSOCIATES
                                          MANAGEMENT
7                                         CORPORATION

8

9
    Dated:  December 20, 2017             KENNICK & ASSOCIATES
10

11
                                          By: _____
12

13                                        JOHN C. ELLIS
                                          Attorney for Defendants,  RETAIL
14                                        STORE EMPLOYEE BUILDING
                                          CORPORATION and CASA DEL
15                                        PUEBLO APARTMENT

16

17

18

19

20

21

22

23

24

25

26

27

28

---

DEFENDANTS, RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT, AND
BARCELON ASSOCIATES MANAGEMENT CORPORATION'S, JOINT NOTICE OF MOTION AND JOINT
MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

Plaintiffs, Maria and Wen Lee (Plaintiffs), seek damages for emotional distress allegedly sustained as a result of an eviction.  On October 17, 2013, Plaintiffs were evicted from a unit at Casa Del Pueblo Apartments ("CDP"), a senior living facility, at the time owned by Defendant, Retail Store Employee Building Corporation, and managed by Defendant, Barcelon Associates Management Corporation ("CDP", Retail Store Employee Building Corporation and Barcelon Associates Management Corporation are collectively referred to as "Defendants").

Plaintiffs and Defendants attended two Mandatory Settlement Conferences before Magistrate Judge Nathaneal Cousins (on April 27, 2017 and November 14, 2017).

On December 14, 2017, this Court granted Defendants' Joint Motion in Limine to Plaintiffs' Exclude untimely Discovery Disclosures.  The same day, the parties attended a Pre-Trial Conference before the Hon. Lucy H. Koh.  Defendants declined the participation in another Mandatory Settlement Conference, but agreed in open court to engage in informal settlement discussions immediately following the hearing. Based on that, this Court ordered the parties to file a Joint Settlement Status Report by December 19, 2017.  *See* Declarations of Claudia Borsutzki at ¶4 and John Ellis at ¶4.

In the hallway, counsel for Defendants, Retail Store Employee Building Corporation and Casa Del Pueblo, made an offer on behalf of all Defendants to Plaintiff, Wen T. Lee, in an amount of $25,000.00.  *See* Declaration John Ellis at ¶5. Counsel for Defendant, Barcelon Associates Management Corporation, was present as well Mr. Lee's interpreter, Ginger Wang, and Legal Help Center attorney, Kevin Knestrick.  *See* Declarations of Claudia Borsutzki at ¶5 and John Ellis at ¶5.

Mr. Lee discussed the offer with Mr. Kevin Knestrick in the presence and with the assistance of Ms. Wang.  *See* Declarations of Claudia Borsutzki at ¶6 and John Ellis at ¶6.

In response, Mr. Wen T. Lee declined Defendants' offer but – by and through his interpreter, Ms. Wang – made the offer that he would dismiss the action if all parties bore their own fees and costs.  The offer was written on a sheet of paper by Ms. Wang to provide the proper terms.  *See* Declarations of Claudia Borsutzki at ¶7 and John Ellis at ¶7.

Defendants, through their respective attorneys, accepted Mr. Lee's offer and even shook Mr. Lee's hand to seal the deal.  *See* Declarations of Claudia Borsutzki at ¶8 and John Ellis at ¶8.  Mr. Knestrick asked for Defense counsel to prepare the needed Stipulation and Proposed Order to be forwarded to Mr. Lee, so that Mr. Lee could review it with Mr. Knestrick before Plaintiffs' execution of the same.  *See* Declarations of Claudia Borsutzki at ¶9 and John Ellis at ¶9.

The next day, Friday, December 15, 2017, counsel for Barcelon Associates Management Corporation drafted the agreed-upon Stipulation and Proposed Order, forwarded it via Email to counsel for Retail Store Employee Corporation and Casa Del Pueblo.  *See* Declarations of Claudia Borsutzki at ¶10 and John Ellis at ¶10.

Subsequently, counsel for Retail Store Employee Corporation and Casa Del Pueblo forwarded it to all parties on Friday, December 15, 2017.  *See* Declaration John Ellis at ¶11.

When no response was received from Plaintiffs, counsel for Barcelon Associates Management Corporation sent a follow-up Email to all parties on December 18, 2017 at 2:45 p.m.  *See* Declaration of Claudia Borsutzki at ¶11.

The same day, at 4:42 p.m. and again on December 19, 2017 at 8:05 a.m., Mr. Lee responded to counsel for Barcelon Associates Management Corporation that he had decided not to agree to the settlement and/or the dismissal.  *See* Declaration of Claudia Borsutzki at ¶¶12, 13.

Based on the foregoing, the parties had entered into a valid oral settlement agreement.  Therefore, Defendants request that this Court grant the Motion to Enforce the oral settlement agreement and dismiss this case with prejudice.

## II.

## ARGUMENT

**A.    Oral Settlement Agreements Are Binding And Enforceable**

As the Court has subject matter jurisdiction over this case due to the presence of federal questions, the enforceability of the settlement must be determined by reference to federal law. *McCovey v. Pacific Lumber Co.*, 1992 WL 228888 *1, *3 (N.D. Cal. 1992).  Under federal law, a district court, like any trial court, has the inherent power summarily to enforce a settlement agreement with respect to an action pending before it, and the merits of the antecedent controversy become inconsequential. *Callie v. Near*, 829 F.2d 888, 890 (9th Cir. 1987); *TNT Marketing, Inc. v. Agresti*, 796 F.2d 276, 278 (9th Cir. 1986); *Hamilton v. Willms*, 2007 WL 707518 *1, *9 (E.D. Cal. 2007); *Alipio v. Secretary of the Army*, 1998 WL 231021 *1, *3 (N.D. Cal. 1998).

A settlement agreement is treated as any other contract for purposes of interpretation. *Hamilton v. Willms*, 2007 WL 707518 at *9.  To be enforceable, a settlement agreement must meet two requirements.  First, it must be a complete agreement. *Id.*; *Callie v. Near*, 829 F.2d at 890.  Second, both parties must have either agreed to the terms of the settlement or authorized their respective counsel to settle the dispute. *Hamilton v. Willms*, 2007 WL 707518 at *9; *Alipio v. Secretary of the Army*, 1998 WL 231021 at *3.  If an action was originally filed in federal court under federal question jurisdiction, federal common law controls an attorney's actions concerning settlement. *Hamilton v. Willms*, 2007 WL 707518 at *8.  Under federal common law, there is a presumption that an attorney has authority to settle a matter for a client. *Id.* at *9 *citing Garabedian v. Allstates Engineering Co.*, 811 F.2d 802, 803 (3rd Cir. 1987).  To rebut this presumption and show that an attorney who

1  entered into a settlement agreement had no consent to do so, a party must sustain a

2  "heavy burden" and establish that the attorney acted without authority. *Hamilton v.*

3  *Willms*, 2007 WL 707518 at \*9.  When the party cannot affirmatively establish lack

4  of consent, the settlement will be enforced by the court. *Id.*

5        Oral settlement agreements are binding and enforceable, even if one of the

6  parties later changes its mind after the oral settlement is reached. *McCovey v. Pacific*

7  *Lumber Co.*, 1992 WL 228888 at \*3; *Alipio v. Secretary of the Army*, 1998 WL

8  231021 at \*3; *Kuykendall v. Rockwell Int'l Corp.*, 1979 WL 223 \*1; *Butler v. Merrill*

9  *Lynch, Pierce, Fenner & Smith, Inc.*, 528 F.2d 1390, 1391 (9th Cir. 1976) (oral

10  settlement held binding and enforceable despite the fact that plaintiff changed his

11  mind when a release form was presented to him for signature).  In *McCovey v. Pacific*

12  *Lumber Co.*, 1992 WL 228888 at \*2, the parties orally agreed to a settlement in

13  which defendants agreed to pay plaintiff $5,000 in exchange for plaintiff's promise to

14  dismiss the action with prejudice and release defendants from all claims.  After the

15  oral agreement was reached, the parties drafted a written settlement agreement. *Id.*

16  However, plaintiff refused to sign the written agreement, claiming he did not

17  authorize his attorney to settle the case for $5,000 and that he did not understand the

18  case to be settled. *Id.*  The court found that plaintiff had been informed of the terms

19  of the settlement and remained silent when the parties orally expressed their

20  agreement to the terms of the settlement. *Id.* at \*4.  The court granted defendants'

21  motion to enforce the oral settlement agreement, concluding that the parties entered

22  into an enforceable oral agreement.  In so doing, the court noted that a party "may no

23  longer like the terms of the settlement, but [she] agreed to those terms ……. and [the

24  other party to the settlement has] the right to enforce them." *Id.*

25  / / /

26  / / /

27  / / /

28  / / /

**B.** **Plaintiffs May No Longer Like The Terms Of The Oral Settlement With Defendants, But They Have Not Only Agreed To Those Terms But Even Proposed Them And Defendants Have A Right To Enforce Them**

Plaintiffs and Defendants entered into an enforceable oral settlement agreement on December 14, 2017, and Plaintiffs are judicially estopped from claiming otherwise.  The terms of the agreement were proposed by Plaintiff, Wen Lee, as an individual and as guardian ad litem for Maria Lee.  The terms were clear and complete and demonstrated a "voluntary resignation" by Plaintiffs.  The terms had even been written down by Mr. Lee's interpreter to present them to Defendants clear and without ambiguity.  Defendants accepted the terms of the settlement through their respective counsel and shook hands with Mr. Lee to seal the deal.  Defendants even agreed to prepare the Stipulation and Proposed Order and to forward it to Plaintiffs for execution upon request by Mr. Knestrick to assist the Plaintiffs.

There is absolutely no evidence that Plaintiffs did not fully understand the terms and ramifications of their own proposal.  Mr. Knestrick, a pro bono attorney from the Legal Help Center, who had assisted the Plaintiffs on numerous occasions in this matter, was present and did not object or warn Mr. Lee of the offer.  While there is also no evidence that the parties expected to be bound only by a written, signed document, Mr. Lee was fully aware that Defendants would prepare the needed Stipulation and Proposed Order to file it with the Court.

This is a clear case of settler's remorse.  Plaintiffs' failure to execute the Stipulation and Proposed Order demonstrates not only that Plaintiffs are acting in bad faith but also that Plaintiffs are trying to avoid compliance with the obligation set forth in the parties' oral settlement agreement.  The parties acknowledged that there was an agreement, and this Court shall now do the same.

/ / /

/ / /

/ / /

### III.

### CONCLUSION

Protecting the integrity of the judicial process is at the heart of this Motion. For this reason and the reasons set forth above, Defendants respectfully request that this Court grant this Motion and enforce the parties December 14, 2017 oral settlement.

Dated:  December 20, 2017

CP LAW GROUP

By: _____

CLAUDIA BORSUTZKI
Attorney for Defendant,
BARCELON ASSOCIATES
MANAGEMENT
CORPORATION

Dated:  December 20, 2017

KENNICK & ASSOCIATES

By: _____

JOHN C. ELLIS
Attorney for Defendants,  RETAIL
STORE EMPLOYEE BUILDING
CORPORATION and CASA DEL
PUEBLO APARTMENT

**III.**

**CONCLUSION**

Protecting the integrity of the judicial process is at the heart of this Motion. For this reason and the reasons set forth above, Defendants respectfully request that this Court grant this Motion and enforce the parties December 14, 2017 oral settlement.

Dated:  December 20, 2017            CP LAW GROUP

                                     By: _____

                                     CLAUDIA BORSUTZKI
                                     Attorney for Defendant,
                                     BARCELON ASSOCIATES
                                     MANAGEMENT
                                     CORPORATION

Dated:  December 20, 2017            KENNICK & ASSOCIATES

                                     By: _____

                                     JOHN C. ELLIS
                                     Attorney for Defendants,  RETAIL
                                     STORE EMPLOYEE BUILDING
                                     CORPORATION and CASA DEL
                                     PUEBLO APARTMENT

## DECLARATION OF CLAUDIA BORSUTZKI

I, Claudia Borsutzki, declare:

1.      I am an attorney licensed to practice before all of the courts of the State of California, and duly admitted to practice before this Court.  I am an associate with the CP Law Group, counsel of record for Defendant, BARCELON ASSOCIATES MANAGEMENT CORPORATION, in this matter.

2.      I am one of the attorneys that have primary responsibility for the handling of this matter, and, in that capacity, I have personal knowledge of the matters stated herein.  If called upon to do so, I could and would testify competently to the facts stated in this declaration.

3.      This declaration is made in support of Defendants, Casa Del Pueblo Apartments, Retail Store Employee Building Corporation, and Barcelon Associates Management Corporation's ("Defendants"), Joint Motion to Enforce the Oral Settlement Agreement.

4.      On December 14, 2017, I attended the Pre-Trial Conference before Hon. Lucy H. Koh during which I agreed to engage in further settlement discussions immediately following the hearing.  Based on that, this Court ordered the parties to file a Joint Settlement Status Report by December 19, 2017.  A true and correct copy of the Court's Pre-Trial Conference Order is attached hereto as Exhibit "A".

5.      In the hallway, Mr. Lee was present as well as his interpreter, Ms. Ginger Wang, and Legal Help Center attorney, Mr. Kevin Knestrick when Mr. Ellis made a settlement offer of $25,000.

6.      Mr. Lee conferred and discussed the offer with Mr. Knestrick in the presence of his interpreter, Ms. Wang.

7.      In response, Mr. Lee declined Defendants' offer but – by and through his interpreter, Ms. Wang – made the offer that he would dismiss the action if all parties bore their own fees and costs.  The offer was written on a sheet of paper by Ms. Wang to provide the proper terms.

1       8.     I accepted the offer on behalf of my client, Barcelon Associates

2 Management Corporation. Mr. Ellis did the same on behalf of his clients. Mr. Ellis

3 and I shook Mr. Lee's hand to confirm the agreement.

4       9.     Mr. Knestrick asked if I could prepare the Stipulation and Proposed

5 Order for the terms of the agreement, so Mr. Lee could review it with Mr. Knestrick

6 before execution. I agreed to do so.

7       10.    On December 15, 2017, I prepared the Stipulation and Proposed Order

8 and forwarded it to Mr. Ellis for his review and approval before he would forward it

9 to Mr. Lee. A true and correct copy of the Email with the Stipulation and Proposed

10 Order attached thereto is attached hereto as Exhibit "B".

11      11.    When no response from Plaintiffs was received on Monday, December

12 18, 2017, I emailed Plaintiffs and Mr. Ellis to follow up on the Stipulation. A true

13 and correct copy of my Email is attached hereto as Exhibit "C".

14      12.    Later that day, I received an Email from Mr. Lee, stating that he had

15 decided not to agree with the settlement. A true and correct copy of Mr. Lee's

16 December 18, 2017 Email is attached hereto as Exhibit "D".

17      13.    The next morning, I received an Email from Mr. Lee that he will not

18 dismiss the case "right now." A true and correct copy of Mr. Lee's December 19,

19 2017 Email is attached hereto as Exhibit "E".

20      14.    On December 19, 2017, I sent an Email to Mr. Lee, advising that

21 Defendants would file a Motion to Enforce the oral settlement. A true and correct

22 copy of my December 19, 2017 Email is attached hereto as Exhibit "F".

23      I declare under penalty of perjury under the laws of California that the

24 foregoing is true and correct.

25      Executed this 20th day of December, 2017 at Glendale, California.

26

27

28                                         Claudia Borsutzki

1

## **DECLARATION OF JOHN ELLIS**

2   I, John Ellis, declare:

3   1.   I am an attorney licensed to practice before all of the courts of the State

4   of California, and duly admitted to practice before this Court.  I am an associate with

5   the Kennick & Associates, counsel of record for Defendants, Casa Del Pueblo

6   Apartments and Retail Store Employee Building Corporation, in this matter.

7   2.   I am one of the attorneys that have primary responsibility for the

8   handling of this matter, and, in that capacity, I have personal knowledge of the

9   matters stated herein.  If called upon to do so, I could and would testify competently

10  to the facts stated in this declaration.

11  3.   This declaration is made in support of Defendants, Casa Del Pueblo

12  Apartments, Retail Store Employee Building Corporation, and Barcelon Associates

13  Management Corporation's ("Defendants"), Joint Motion to Enforce the Oral

14  Settlement Agreement.

15  4.   On December 14, 2017, I attended the Pre-Trial Conference before Hon.

16  Lucy H. Koh during which I agreed to engage in further settlement discussions

17  immediately following the hearing.  Based on that, this Court ordered the parties to

18  file a Joint Settlement Status Report by December 19, 2017.  A true and correct copy

19  of the Court's Pre-Trial Conference Order is attached hereto as Exhibit "A".

20  5.   In the hallway, Mr. Lee was present as well as his interpreter, Ms.

21  Ginger Wang, and Legal Help Center attorney, Mr. Kevin Knestrick when I made a

22  settlement offer of $25,000.

23  6.   Mr. Lee conferred and discussed the offer with Mr. Knestrick in the

24  presence of his interpreter, Ms. Wang.

25  7.   In response, Mr. Lee declined Defendants' offer but – by and through his

26  interpreter, Ms. Wang – made the offer that he would dismiss the action if all parties

27  bore their own fees and costs.  The offer was written on a sheet of paper by Ms.

28  Wang to provide the proper terms.

8.     I accepted the offer on behalf of my clients, Retail Store Employee Corporation and Casa Del Pueblo. Ms. Borsutzki did the same on behalf of her client. Ms. Borsutzki and I shook Mr. Lee's hand to confirm the agreement.

9.     Mr. Knestrick asked if Ms. Borsutzki could prepare the Stipulation and Proposed Order for the terms of the agreement, so Mr. Lee could review it with Mr. Knestrick before execution. Ms. Borsutzki agreed to do so.

10.     On December 15, 2017, Ms. Borsutzki forwarded me the prepared Stipulation and Proposed Order for my review and approval before I forwarded it to Mr. Lee. A true and correct copy of Ms. Borsutzki's Email with the Stipulation and Proposed Order attached thereto is attached hereto as Exhibit "B".

11.     Later that day, I forwarded the Stipulation and Proposed Order to Mr. Lee via Email. A true and correct copy of my Email with the Stipulation and Proposed Order attached thereto is attached hereto as Exhibit "G".

12.     On December 19, 2017, Ms. Borsutzki advised me that Plaintiffs had decided not to agree to the settlement.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 20th day of December, 2017 at Glendale, California.

John Ellis

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, et al., | Case No. 15-CV-04768-LHK |
| Plaintiffs, | **PRETRIAL CONFERENCE ORDER** |
| v. | |
| RETAIL STORE EMPLOYEE BUILDING CORPORATION, et al., | |
| Defendants. | |

Plaintiff Wen Lee, Appearing Pro Se
Defendants Retail Store Employee Building Corp. and Casa Del Pueblo's Attorney: John Ellis
Defendant Barcelon Associates Management Corp.: Claudia Borsutzki

A pretrial conference was held on December 14, 2017.  The Court set the following deadlines:

1.  The parties shall file a joint settlement status report by December 19, 2017.

2.  The parties shall file proposed verdict forms, voir dire questions, and preliminary and final jury instructions by January 8, 2018.

3.  The parties shall file a list of all entities and persons that have ever been involved in the case by January 8, 2018.

4.  The parties shall file revised exhibit lists and witness lists by January 8, 2018.

1

United States District Court
Northern District of California

As discussed in the Court's Order Granting Plaintiffs' Request for a Jury Trial and Granting Defendants' Motion In Limine, ECF No. 196, this case will be tried to a jury. The jury will consist of 8 jurors. Each side will be allowed 3 peremptory challenges. The jury trial will be held on the following days, unless otherwise ordered by the Court:
1. January 12, 2018
2. January 16, 2018
3. January 19, 2018
4. January 22, 2018

The Court set the following time limits:
1. Opening statements: 40 minutes per side
2. Evidence: 5 hours per side
3. Closing statements: 50 minutes per side

Trial will take place from 9:00 a.m. to 4:30 p.m. daily. Each day of trial, there will be a lunch break from noon to 1:00 p.m. There will be an approximately 15 minute break at about 10:30 a.m., and an approximately 10 minute break at about 2:15 and about 3:30 p.m. each day.

**IT IS SO ORDERED.**

Dated: December 14, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 15-CV-04768-LHK
PRETRIAL CONFERENCE ORDER

United States District Court
Northern District of California

1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT

9                               NORTHERN DISTRICT OF CALIFORNIA

10
11   MARIA W. LEE, et al.,
                                                    Case No.15-CV-04768-LHK
              Plaintiffs,
12
13            v.                                    **CERTIFICATE OF SERVICE**

14   RETAIL STORE EMPLOYEE BUILDING
     CORPORATION, et al.,
15
              Defendants.
16

17       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
18
19       That on 12/15/2017, I SERVED a true and correct copy(ies) of the attached, by placing
     said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
20   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.
21
         Maria W. Lee        Wen T. Lee
22       238 Lyndale Avenue   238 Lyndale Avenue
         San Jose, CA 95127   San Jose, CA 95127
23
24   Dated: 12/15/2017                          Susan Y. Soong
                                                Clerk, United States District Court
25
26
27   By: _____
     Irene Mason, Deputy Clerk to the
28   Honorable LUCY H. KOH

# EXHIBIT B

## Claudia Borsutzki

| | |
|---|---|
| **From:** | Claudia Borsutzki |
| **Sent:** | Friday, December 15, 2017 11:20 AM |
| **To:** | 'John Ellis' |
| **Subject:** | Lee - Stip and Proposed order |
| **Attachments:** | Stipulation and Proposed Order.doc |

| | |
|---|---|
| **Importance:** | High |

Please take a look.  If ok, can you forward it to Mr. Lee and this attorney?

Thanks.

Regards,

**Claudia Borsutzki, Esq.**
Attorney
**CP Law Group**
**Commercial Properties Law Group**
655 North Central Avenue, Suite 2100
Glendale, California  91203
p:  818-853-5102
f:  818-638-8549
e:  cborsutzki@cplawgrp.com

This communication is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments, of the original message.  Any unauthorized use, disclosure, reproduction, forwarding, copying, alterations, or distribution is strictly prohibited. Electronic communication may be susceptible to data corruption, interception, and unauthorized tampering; CIBA and its Subsidiaries disclaim all liability, of any kind, for such actions or any consequences that may arise directly or indirectly therefrom.

Claudia Borsutzki, Esq. (SBN 290115)
**CP LAW GROUP**
655 North Central Avenue, Suite 2100
Glendale, California 91203
Telephone: (818) 853-5102
Facsimile: (818) 638-8549
Email: cborsutzki@cplawgrp.com

Attorney for Defendant, BARCELON
ASSOCIATES MANAGEMENT
CORPORATION

**KENNICK & ASSOCIATES**
John C. Ellis (SBN 217813)
110 E. Wilshire Avenue, Suite 401
Fullerton, California 92832
Telephone: (714) 992-6600
Facsimile: (714) 992-6602
Email: jellis@kkenicklaw.com

Attorney for Defendants, RETAIL STORE
EMPLOYEE BUILDING CORPORATION and
CASA DEL PUEBLO APARTMENT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, WEN T. LEE, LIN KOU LEE, | **Case No. 5:15-cv-04768 LHK** |
| Plaintiffs, | *Assigned for All Purposes to the Honorable Lucy H. Koh in Department 8* |
| vs. | |
| RETAIL STORE EMPLOYEE BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, PPMG INC., BARCELON ASSOCIATES MANAGEMENT CORPORATION, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| Defendants. | |

WHEREAS, Plaintiffs, MARIA W. LEE and WEN T. LEE ("Plainitffs"), filed their Second Amended Complaint for Fair Housing Amendments Act, 42 U.S.C., §3601 et seq. and California Fair Employment and Housing Act, Cal. Gov't. Code §12955 et seq. on September 8, 2016.

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

1    WHEREAS, Plaintiffs and Defendants, RETAIL STORE EMPLOYEE

2  BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, and

3  BARCELON ASSOCIATES MANAGEMENT CORPORATION ("Defendants"),

4  discussed this matter following the Pre-Trial Conference before Hon. Lucy H. Koh on

5  December 14, 2017 and came to a resolution.

6    THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs *Pro*

7  *Se* and Defendants through their designated counsel that the above-captioned action

8  be dismissed with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A)(ii).  The parties

9  further stipulate that the parties shall bear their own fees, expenses and costs.

10    IT IS SO STIPULATED.

11  Dated:  December 19, 2017

12

13                                  By: _____

14                                  MARIA W. LEE
                                    *Pro Se,* through her guardian ad
15                                  litem. Wen T. Lee

16

17  Dated:  December 19, 2017

18

19

20                                  By:  /s/ Wen T. Lee

21                                  WEN T. LEE
                                    *Pro Se* for Wen T. Lee and Maria
22                                  W. Lee through her guardian ad
                                    litem

23

24

25

26

27

28

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

1    Dated:  December 19, 2017             KENNICK & ASSOCIATES

2

3                                         By: _____

4                                              JOHN C. ELLIS
                                               Attorney for Defendants,  RETAIL
5                                              STORE EMPLOYEE BUILDING
                                               CORPORATION and CASA DEL
6                                              PUEBLO APARTMENT

7

8    Dated:  December 19, 2017             CP LAW GROUP

9

10                                        By: _____

11                                             CLAUDIA BORSUTZKI
                                               Attorney for Defendant,
12                                             BARCELON ASSOCIATES
                                               MANAGEMENT
13                                             CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# O R D E R

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

      1.    The Action is dismissed with prejudice against Defendants, RETAIL STORE EMPLOYEE BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, and BARCELON ASSOCIATES MANAGEMENT CORPORATION, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii);

      2.    Each party shall bear their own fees, expenses and costs.

IT IS SO ORDERED.

DATED: _____      _____

                                                            Hon. Lucy H. Koh
                                                        United States District Court Judge

## SERVICE VIA CM/ECF

*Maria W. Lee, et al. v. Retail Store Employee Building Corporation, et al.*
USDC, Central, Case No. 5:15-cv-04768 HRL

I am employed in the City of Glendale, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 655 North Central Avenue, Suite 2100, Glendale, California 91203.

On December 19, 2017, I served the within document(s) described as:

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

BY ELECTRONIC FILING/SERVICE: I provided the documents listed above electronically to be electronically served on the interested parties on the Service List maintained by the Court's CM/ECF for this case. If the document is provided to CM/ECF electronically by 5:00 p.m., then the document(s) will be deemed served on the date it was provided to CM/ECF. A copy of the "Notice of Electronic Filing" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on: December 19, 2017, at Glendale, California.

_____
CARMEN WILLIAMS

# EXHIBIT C

**Claudia Borsutzki**

| | |
|---|---|
| **From:** | Claudia Borsutzki |
| **Sent:** | Monday, December 18, 2017 2:45 PM |
| **To:** | 'John Ellis'; '李文藻' |
| **Cc:** | 'kevin.knestrick@lawfoundation.org' |
| **Subject:** | RE: Legal - Lee v. Retail |

**Importance:**          High

Hi everyone,

Just following up on the Stipulation and Proposed Order since I have to prepare and file the Joint Settlement Status Report tomorrow.

Thanks!

Regards,

**Claudia Borsutzki, Esq.**
Attorney
**CP Law Group**
**Commercial Properties Law Group**
655 North Central Avenue, Suite 2100
Glendale, California  91203
p:  818-853-5102
f:  818-638-8549
e:  cborsutzki@cplawgrp.com

This communication is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments, of the original message.  Any unauthorized use, disclosure, reproduction, forwarding, copying, alterations, or distribution is strictly prohibited. Electronic communication may be susceptible to data corruption, interception, and unauthorized tampering; CIBA and Its Subsidiaries disclaim all liability, of any kind, for such actions or any consequences that may arise directly or indirectly therefrom.

**From:** John Ellis [mailto:jellis@kennicklaw.com]
**Sent:** Friday, December 15, 2017 11:29 AM
**To:** '李文藻'; Claudia Borsutzki
**Cc:** 'kevin.knestrick@lawfoundation.org'
**Subject:** Legal - Lee v. Retail

Mr. Lee,
Please see the attached Stipulation and Proposed Order for your signature.

John C. Ellis, Esq.
KENNICK & ASSOCIATES
*The Chapman Building*
110 E. Wilshire Ave., Suite 401

Fullerton, CA 92832
p: 714.992.6600
f: 714.992.6602
e-mail: jellis@kennicklaw.com

This electronic mail transmission contains information from the law firm of Kennick & Associates that may be confidential or privileged.  The information contained herein is intended solely for the use of the individual or entity named above. Please note that if you are not the intended recipient, any dissemination, disclosure, distribution or copying of the contents of this information is prohibited.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments.

# EXHIBIT D

**Claudia Borsutzki**

| | |
|---|---|
| **From:** | 李文藻 <rogerwtlee2k@gmail.com> |
| **Sent:** | Monday, December 18, 2017 4:42 PM |
| **To:** | Claudia Borsutzki |
| **Subject:** | Re: Legal - Lee v. Retail |

Hello Mr. Ellis,

I decided not to agree with SETTLEMENT. Thank you,


Wen T. Lee

On Mon, Dec 18, 2017 at 2:44 PM, Claudia Borsutzki <cborsutzki@cplawgrp.com> wrote:

Hi everyone,


Just following up on the Stipulation and Proposed Order since I have to prepare and file the Joint Settlement Status Report tomorrow.


Thanks!


Regards,


**Claudia Borsutzki, Esq.**

Attorney

**CP Law Group**

**Commercial Properties Law Group**

655 North Central Avenue, Suite 2100

Glendale, California  91203

p:  818-853-5102

f:  818-638-8549

1

e: cborsutzki@cplawgrp.com

This communication is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments, of the original message.  Any unauthorized use, disclosure, reproduction, forwarding, copying, alterations, or distribution is strictly prohibited. Electronic communication may be susceptible to data corruption, interception, and unauthorized tampering; CIBA and Its Subsidiaries disclaim all liability, of any kind, for such actions or any consequences that may arise directly or indirectly therefrom.

**From:** John Ellis [mailto:jellis@kennicklaw.com]
**Sent:** Friday, December 15, 2017 11:29 AM
**To:** '李文藻'; Claudia Borsutzki
**Cc:** 'kevin.knestrick@lawfoundation.org'
**Subject:** Legal - Lee v. Retail


Mr. Lee,

Please see the attached Stipulation and Proposed Order for your signature.


John C. Ellis, Esq.

KENNICK & ASSOCIATES

*The Chapman Building*

110 E. Wilshire Ave., Suite 401

Fullerton, CA 92832

p: 714.992.6600

f: 714.992.6602

e-mail: jellis@kennicklaw.com

This electronic mail transmission contains information from the law firm of Kennick & Associates that may be confidential or privileged.  The information contained herein is intended solely for the use of the individual or entity named above. Please note that if you are not the intended recipient, any dissemination, disclosure, distribution or copying of the contents of this information is prohibited.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments.

# EXHIBIT E

**Claudia Borsutzki**

| | |
|---|---|
| **From:** | 李文藻 <rogerwtlee2k@gmail.com> |
| **Sent:** | Tuesday, December 19, 2017 8:05 AM |
| **To:** | Claudia Borsutzki |
| **Subject:** | Re: Legal - Lee v. Retail |

Ms. Borsutzki,

I do not dismiss this case right now. Thank you,

Wen T. Lee

Claudia Borsutzki <cborsutzki@cplawgrp.com>於 2017年12月18日 週一，下午5:37寫道：

> Mr. Lee,
>
> We are not talking about the settlement but the dismissal. We had an agreement that you would dismiss the case and all parties bear their costs and fees.
>
> We kindly ask you to sign the stipulation Mr. Ellis forwarded to you.
>
> Claudia Borsutzki
> CP LAW GROUP
> P: (818) 853-5102
> Cborsutzki@cplawgrp.com
>
> Sent from mobile device
>
> On Dec 18, 2017, at 4:41 PM, 李文藻 <rogerwtlee2k@gmail.com> wrote:
>
>> Hello Mr. Ellis,
>>
>> I decided not to agree with SETTLEMENT. Thank you,
>>
>>
>> Wen T. Lee
>>
>> On Mon, Dec 18, 2017 at 2:44 PM, Claudia Borsutzki <cborsutzki@cplawgrp.com> wrote:
>>
>>> Hi everyone,
>>>
>>>
>>> Just following up on the Stipulation and Proposed Order since I have to prepare and file the Joint Settlement Status Report tomorrow.

Thanks!


Regards,


**Claudia Borsutzki, Esq.**

Attorney

**CP Law Group**

**Commercial Properties Law Group**

655 North Central Avenue, Suite 2100

Glendale, California  91203

p:  818-853-5102

f:  818-638-8549

e:  cborsutzki@cplawgrp.com


This communication is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments, of the original message.  Any unauthorized use, disclosure, reproduction, forwarding, copying, alterations, or distribution is strictly prohibited. Electronic communication may be susceptible to data corruption, interception, and unauthorized tampering; CIBA and Its Subsidiaries disclaim all liability, of any kind, for such actions or any consequences that may arise directly or indirectly therefrom.


**From:** John Ellis [mailto:jellis@kennicklaw.com]
**Sent:** Friday, December 15, 2017 11:29 AM
**To:** '李文藻'; Claudia Borsutzki
**Cc:** 'kevin.knestrick@lawfoundation.org'
**Subject:** Legal - Lee v. Retail


Mr. Lee,

Please see the attached Stipulation and Proposed Order for your signature.

John C. Ellis, Esq.

KENNICK & ASSOCIATES

*The Chapman Building*

110 E. Wilshire Ave., Suite 401

Fullerton, CA 92832

p: 714.992.6600

f: 714.992.6602

e-mail: jellis@kennicklaw.com

---

This electronic mail transmission contains information from the law firm of Kennick & Associates that may be confidential or privileged.  The information contained herein is intended solely for the use of the individual or entity named above. Please note that if you are not the intended recipient, any dissemination, disclosure, distribution or copying of the contents of this information is prohibited.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments.

# EXHIBIT F

**Claudia Borsutzki**

| | |
|---|---|
| **From:** | Claudia Borsutzki |
| **Sent:** | Tuesday, December 19, 2017 12:11 PM |
| **To:** | '李文藻' |
| **Cc:** | 'John Ellis' |
| **Subject:** | RE: Legal - Lee v. Retail |

Mr. Lee,

We had an agreement.  We will file a motion to seek enforcement of our settlement agreement.

Regards,

**Claudia Borsutzki, Esq.**
Attorney
**CP Law Group**
**Commercial Properties Law Group**
655 North Central Avenue, Suite 2100
Glendale, California  91203
p:  818-853-5102
f:  818-638-8549
e:  cborsutzki@cplawgrp.com


This communication is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments, of the original message.  Any unauthorized use, disclosure, reproduction, forwarding, copying, alterations, or distribution is strictly prohibited. Electronic communication may be susceptible to data corruption, interception, and unauthorized tampering; CIBA and Its Subsidiaries disclaim all liability, of any kind, for such actions or any consequences that may arise directly or indirectly therefrom.

**From:** 李文藻 [mailto:rogerwtlee2k@gmail.com]
**Sent:** Tuesday, December 19, 2017 8:05 AM
**To:** Claudia Borsutzki
**Subject:** Re: Legal - Lee v. Retail

Ms. Borsutzki,

I do not dismiss this case right now. Thank you,

Wen T. Lee


Claudia Borsutzki <cborsutzki@cplawgrp.com>於 2017年12月18日 週一，下午5:37寫道：

Mr. Lee,

We are not talking about the settlement but the dismissal. We had an agreement that you would dismiss the case and all parties bear their costs and fees.

We kindly ask you to sign the stipulation Mr. Ellis forwarded to you.

Claudia Borsutzki
CP LAW GROUP
P: (818) 853-5102
Cborsutzki@cplawgrp.com

Sent from mobile device

On Dec 18, 2017, at 4:41 PM, 李文藻 <rogerwtlee2k@gmail.com> wrote:

Hello Mr. Ellis,

I decided not to agree with SETTLEMENT. Thank you,

Wen T. Lee

On Mon, Dec 18, 2017 at 2:44 PM, Claudia Borsutzki <cborsutzki@cplawgrp.com> wrote:

Hi everyone,

Just following up on the Stipulation and Proposed Order since I have to prepare and file the Joint Settlement Status Report tomorrow.

Thanks!

Regards,

**Claudia Borsutzki, Esq.**

Attorney

**CP Law Group**

**Commercial Properties Law Group**

655 North Central Avenue, Suite 2100

Glendale, California  91203

p:  818-853-5102

f:  818-638-8549

e:  cborsutzki@cplawgrp.com


This communication is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments, of the original message.  Any unauthorized use, disclosure, reproduction, forwarding, copying, alterations, or distribution is strictly prohibited. Electronic communication may be susceptible to data corruption, interception, and unauthorized tampering; CIBA and Its Subsidiaries disclaim all liability, of any kind, for such actions or any consequences that may arise directly or indirectly therefrom.


**From:** John Ellis [mailto:jellis@kennicklaw.com]
**Sent:** Friday, December 15, 2017 11:29 AM
**To:** '李文藻'; Claudia Borsutzki
**Cc:** 'kevin.knestrick@lawfoundation.org'
**Subject:** Legal - Lee v. Retail


Mr. Lee,

Please see the attached Stipulation and Proposed Order for your signature.


John C. Ellis, Esq.

**KENNICK & ASSOCIATES**

*The Chapman Building*

110 E. Wilshire Ave., Suite 401

Fullerton, CA 92832

p: 714.992.6600

f: 714.992.6602

e-mail: jellis@kennicklaw.com

This electronic mail transmission contains information from the law firm of Kennick & Associates that may be confidential or privileged.  The information contained herein is intended solely for the use of the individual or entity named above. Please note that if you are not the intended recipient, any dissemination, disclosure, distribution or copying of the contents of this information is prohibited.  If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments.

# EXHIBIT G

**Claudia Borsutzki**

| | |
|---|---|
| **From:** | John Ellis <jellis@kennicklaw.com> |
| **Sent:** | Friday, December 15, 2017 11:29 AM |
| **To:** | '李文藻'; Claudia Borsutzki |
| **Cc:** | 'kevin.knestrick@lawfoundation.org' |
| **Subject:** | Legal - Lee v. Retail |
| **Attachments:** | Stipulation and Proposed Order.doc |

Mr. Lee,
Please see the attached Stipulation and Proposed Order for your signature.

John C. Ellis, Esq.
KENNICK & ASSOCIATES
*The Chapman Building*
110 E. Wilshire Ave., Suite 401
Fullerton, CA 92832
p: 714.992.6600
f: 714.992.6602
e-mail: jellis@kennicklaw.com

---

This electronic mail transmission contains information from the law firm of Kennick & Associates that may be confidential or privileged. The information contained herein is intended solely for the use of the individual or entity named above. Please note that if you are not the intended recipient, any dissemination, disclosure, distribution or copying of the contents of this information is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments.

1  Claudia Borsutzki, Esq. (SBN 290115)
   **CP LAW GROUP**
2  655 North Central Avenue, Suite 2100
   Glendale, California 91203
3  Telephone: (818) 853-5102
   Facsimile: (818) 638-8549
4  Email: cborsutzki@cplawgrp.com

5  Attorney for Defendant, BARCELON
   ASSOCIATES MANAGEMENT
6  CORPORATION

7  **KENNICK & ASSOCIATES**
   John C. Ellis (SBN 217813)
8  110 E. Wilshire Avenue, Suite 401
   Fullerton, California 92832
9  Telephone: (714) 992-6600
   Facsimile: (714) 992-6602
10 Email: jellis@kkenicklaw.com

11 Attorney for Defendants, RETAIL STORE
   EMPLOYEE BUILDING CORPORATION and
12 CASA DEL PUEBLO APARTMENT

13
                **UNITED STATES DISTRICT COURT**
14
        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
15

16 MARIA W. LEE, WEN T. LEE, LIN  )   **Case No. 5:15-cv-04768 LHK**
   KOU LEE,                       )
17                                )   *Assigned for All Purposes to the*
             Plaintiffs,          )   *Honorable Lucy H. Koh in Department 8*
18                                )
         vs.                      )
19                                )   **STIPULATION OF DISMISSAL**
   RETAIL     STORE     EMPLOYEE  )   **AND [PROPOSED] ORDER**
20 BUILDING CORPORATION, CASA     )
   DEL PUEBLO APARTMENT, PPMG     )
21 INC.,   BARCELON   ASSOCIATES  )
   MANAGEMENT CORPORATION,        )
22                                )
         Defendants.             )
23                                )

24

25     WHEREAS, Plaintiffs, MARIA W. LEE and WEN T. LEE ("Plaintiffs"), filed

26 their Second Amended Complaint for Fair Housing Amendments Act, 42 U.S.C.,

27 §3601 et seq. and California Fair Employment and Housing Act, Cal. Gov't. Code

28 §12955 et seq. on September 8, 2016.

---

                **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

WHEREAS, Plaintiffs and Defendants, RETAIL STORE EMPLOYEE BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, and BARCELON ASSOCIATES MANAGEMENT CORPORATION ("Defendants"), discussed this matter following the Pre-Trial Conference before Hon. Lucy H. Koh on December 14, 2017 and came to a resolution.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs *Pro Se* and Defendants through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A)(ii). The parties further stipulate that the parties shall bear their own fees, expenses and costs.

IT IS SO STIPULATED.

Dated:  December 19, 2017


By: _____

MARIA W. LEE
*Pro Se,* through her guardian ad litem. Wen T. Lee


Dated:  December 19, 2017


By: /s/ Wen T. Lee _____

WEN T. LEE
*Pro Se* for Wen T. Lee and Maria W. Lee through her guardian ad litem


STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1  Dated:  December 19, 2017

2

3

4

5

6

7

8  Dated:  December 19, 2017

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENNICK & ASSOCIATES


By: _____
    JOHN C. ELLIS
    Attorney for Defendants,  RETAIL
    STORE EMPLOYEE BUILDING
    CORPORATION and CASA DEL
    PUEBLO APARTMENT


CP LAW GROUP


By: _____
    CLAUDIA BORSUTZKI
    Attorney for Defendant,
    BARCELON ASSOCIATES
    MANAGEMENT
    CORPORATION

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

# O R D E R

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

       1.    The Action is dismissed with prejudice against Defendants, RETAIL STORE EMPLOYEE BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, and BARCELON ASSOCIATES MANAGEMENT CORPORATION, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii);

       2.    Each party shall bear their own fees, expenses and costs.

IT IS SO ORDERED.


DATED: _____          _____
                                        Hon. Lucy H. Koh
                                        United States District Court Judge

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

1

### SERVICE VIA CM/ECF

2

*Maria W. Lee, et al. v. Retail Store Employee Building Corporation, et al.*
USDC, Central, Case No. 5:15-cv-04768 HRL

3

4

I am employed in the City of Glendale, County of Los Angeles; I am over the

age of eighteen years and not a party to the within action; my business address is 655

5

North Central Avenue, Suite 2100, Glendale, California 91203.

6

On December 19, 2017, I served the within document(s) described as:

7

### STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

8

BY ELECTRONIC FILING/SERVICE: I provided the documents listed above

9

electronically to be electronically served on the interested parties on the Service List

10

maintained by the Court's CM/ECF for this case. If the document is provided to

11

CM/ECF electronically by 5:00 p.m., then the document(s) will be deemed served on

12

the date it was provided to CM/ECF. A copy of the "Notice of Electronic Filing"

13

page will be maintained with the original document(s) in our office.

14

I declare under penalty of perjury under the laws of the State of

15

California that the foregoing is true and correct.

16

17

I declare, under penalty of perjury under the laws of the State of California,

18

that the foregoing is true and correct.

19

20

Executed on: December 19, 2017, at Glendale, California.

21

22

23

_____

24

CARMEN WILLIAMS

25

26

27

28

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**SERVICE VIA CM/ECF**

*Maria W. Lee, et al. v. Retail Store Employee Building Corporation, et al.*
USDC, Central, Case No. 5:15-cv-04768 HRL

I am employed in the City of Glendale, County of Los Angeles; I am over the age of eighteen years and not a party to the within action; my business address is 655 North Central Avenue, Suite 2100, Glendale, California 91203.

On December 20, 2017, I served the within document(s) described as:

**DEFENDANTS, RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT, AND BARCELON ASSOCIATES MANAGEMENT CORPORATION'S, JOINT NOTICE OF MOTION AND JOINT MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT**

BY ELECTRONIC FILING/SERVICE: I provided the documents listed above electronically to be electronically served on the interested parties on the Service List maintained by the Court's CM/ECF for this case. If the document is provided to CM/ECF electronically by 5:00 p.m., then the document(s) will be deemed served on the date it was provided to CM/ECF. A copy of the "Notice of Electronic Filing" page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.


Executed on:  December 20, 2017, at Glendale, California.

CARMEN WILLIAMS

---

DEFENDANTS, RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT, AND BARCELON ASSOCIATES MANAGEMENT CORPORATION'S, JOINT NOTICE OF MOTION AND JOINT MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT

1

2 **PROOF OF SERVICE BY MAIL (1013e, 2015.5 C.C.P.)**

3    I am employed in the City of Glendale, County of Los Angeles; I am over the age of

4 eighteen years and not a party to the within action; my business address is 655 North Central

5 Avenue, Suite 2100, Glendale, California 91203.

6    On December 20, 2017, I served the foregoing document(s) described as: **DEFENDANTS,**

7 **RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT,**

8 **AND BARCELON ASSOCIATES MANAGEMENT CORPORATION'S, JOINT NOTICE**

9 **OF MOTION AND JOINT MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT**

10 on the interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope

11 addressed as follows:

12   X    **(BY FIRST CLASS MAIL)** I caused such envelope with postage thereon fully prepaid to be

13 placed in the United States mail at Glendale, California.  I am "readily familiar" with the business'
practice for collection and processing of correspondence for mailing with the United States Postal

14 Service, that the correspondence would be deposited with the United States Postal Service this same
date in the ordinary course of business, and that the envelope was sealed and placed for collection

15 and mailing on this date following ordinary business practices.

16       Wen T. Lee
         238 Lyndale Ave.
17       San Jose, CA 95127
         T: (408) 807-1460
18       EMAIL: rogerwtlee2k@gmail.com

19    I declare, under penalty of perjury under the laws of the State of California, that the

20 foregoing is true and correct.

21    DATED:  December 20, 2017, at Glendale, California.

22

23

24 CARMEN WILLIAMS

25

26

27

28

---

DEFENDANTS, RETAIL STORE EMPLOYEE CORPORATION, CASA DEL PUEBLO APARTMENT, AND
BARCELON ASSOCIATES MANAGEMENT CORPORATION'S, JOINT NOTICE OF MOTION AND JOINT
MOTION TO ENFORCE ORAL SETTLEMENT AGREEMENT