MARIA W. LEE, WEN T. LEE,
238 LYNDALE AVE.
SAN JOSE CA 95127
408-8071460
Email: rogerwtlee2k@gmail.com

Pro Se

FILED
DEC 28 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARIA W. LEE, WEN T. LEE, LIN KOU LEE<br><br>Plaintiffs,<br><br>vs.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION, CASA DEL PUEBLO APARTMENT, PPMG INC., BARCELON ASSOCIATES MANAGEMENT CORPORATION,<br><br>Defendants. | Case No. 5:15-cv-04768 LHK<br><br>**MEMORANDUM IN SUPPORT OF OPPOSITION TO MOTION** TO ENFORCE ORAL SETTLEMENT AGREEMENT<br><br>DATE: JANUARY 4, 2018<br>TIME: 10:00a.m.<br>JUDGE:<br>Hon.  LUCY H. KOH |

Plaintiffs Maria Lee and Wen T. Lee herein response the Defendants December 20, 2017 Motion to Enforce Oral Settlement Agreement.

## I. FACTUAL BACKGROUN

ON December 14, 2017 after Pretrial Plaintiff Wen T. Lee negotiated with Defendants attorneys Mr. Ellis and Ms. Borsutzki at the hallway of Court, at that time, the information was not enough to make the right decision.

## II. ARGUMENT

The Defendants attorneys Mr. Ellis and Ms. Borsutzki on the date August 29, 2017 at Deposition, they asked Plaintiff Wen T. Lee to give them all the information after that date they do not accept any information. Plaintiff had gave all of Exhibits to Defendants by that date, only a witness of CDP Resident Ms Borsutzki forced Plaintiff to reveal detail of the witness but Plaintiff not revealed it, because the CDP have the records of threaten residents. The Defendants attorney Ms. Borsutzki said they would propose a Motion in Limine No.1 to exclude the witness.

On November 30, 2017 the Defendants filed a Motion in Limine No. 1 to exclude all of the Exhibits of Plaintiffs for that should be show to Defendant before June 15, 2017 the date was arranged by Plaintiffs former attorneys Mr. Thomas Philip Zito and Ms. Annette D. Kirkham they forced Plaintiffs to settled this Case. Because they are suspected of breach of trust so I fired them that is another story. All of the Exhibits of Plaintiffs can prove that the Defendants accused most issues of Plaintiffs in the Paper of Santa Clara County Superior Court are fakes. The cards in the hands of the defendants turned into bad cards then they turned over the table for not recognized it. On December 14, 2017 the Court actually agreed Defendants to

exclude all of the Exhibits of Plaintiffs that before the Trial four and half months. Judge did not consider the Fairness and Justice.

### III. CONCLUSION

No Truth No Settlement

Respectfully submitted,

Date: December 28, 2017

By: *Maria Lee  Wen T. L*

MARIA W. LEE, WEN T. LEE