

李文藻 <rogerwtlee2k@gmail.com>

---

## Legal - Lee v Retail
3 則訊息

---

**John Ellis** <jellis@kennicklaw.com>  　　　　　　　　　　　　　　　　2017年12月19日 週二 上午4:23
收件者：李文藻 <rogerwtlee2k@gmail.com>

Mr. Lee,

Do you want to accept $25,000 to settle the case?

John C. Ellis, Esq.

KENNICK & ASSOCIATES

*The Chapman Building*

110 E. Wilshire Ave., Suite 401

Fullerton, CA 92832

p: 714.992.6600

f: 714.992.6602

e-mail: jellis@kennicklaw.com

---

This electronic mail transmission contains information from the law firm of Kennick & Associates that may be confidential or privileged. The information contained herein is intended solely for the use of the individual or entity named above. Please note that if you are not the intended recipient, any dissemination, disclosure, distribution or copying of the contents of this information is prohibited. If you are not the intended recipient, please contact the sender immediately and destroy all copies, including attachments.

---

**John Ellis** <jellis@kennicklaw.com>  　　　　　　　　　　　　　　　　2017年12月19日 週二 下午1:22
收件者：李文藻 <rogerwtlee2k@gmail.com>

Mr. Lee,
You have not explained why you wrote that you feel there is no settlement.

On Dec. 14, we offered $25,000. You rejected our offer. There is no offer now for any monetary settlement.

After the trial readiness conference, we then accpeted your offer and we agreed that the case would be dismissed with each party to bear its own costs and fees. You made this offer and rejected our offer after you consulted with the law foundation attorney. We all agreed to this. We don't know why you now feel there is no settlement.

We are going to bring a motion to enforce the agreed upon settlement and/or to have the lawsuit dismissed.

Thank you,
John

John C. Ellis, Esq.
Kennick & Associates
714.992.6600 x204

[隱藏引用文字]

---

李文藁 <rogerwtlee2k@gmail.com>  2017年12月19日 週二 下午2:26
收件者：John Ellis <jellis@kennicklaw.com>

Mr. Ellis,

No truth no settlement. Thank you,

Wen T. Lee

John Ellis <jellis@kennicklaw.com>於 2017年12月19日 週二，上午4:23寫道：
[隱藏引用文字]