UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA W. LEE and WEN T. LEE, Maria Lee's guardian ad litem,<br><br>　　　Plaintiffs - Appellants,<br><br>　v.<br><br>RETAIL STORE EMPLOYEE BUILDING CORPORATION; et al.,<br><br>　　　Defendants - Appellees. | No. 18-15209<br><br>D.C. No. 5:15-cv-04768-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**ORDER** |

　　A review of the docket demonstrates that appellants have failed to file the opening brief in this case.

　　Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

　　This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Jennifer Nidorf
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7